UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN MARIE COSCARELLI,

    Plaintiff,

v.                                              Case No. 1:15-cv-817
                                                                 Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**


Dated: September 29, 2016        /s/ Ray Kent
                                                    RAY KENT
                                                    United States Magistrate Judge